AO 442 (Rev. 10/03) Warrant for Arrest

PLEASE RECEIPT AND RETURN

ORDERED SEALED BY COURT

# UNITED STATES DISTRICT COURT

Southern District of California

unsealed 3/03/08

UNITED STATES OF AMERICA

V.

ALBERTO VAZQUEZ

## WARRANT FOR ARREST

Case Number: '08 MJ 0524

NOT FOR PUBLIC VIEW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ALBERTO VAZQUEZ

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

Conspiracy, Importation Contrary to Law, Mail Fraud, and Aiding and Abetting.

RECEIVED
2008 FEB 22 A 5: 10
U.S. MARSHAL
SOUTHERN DIST. OF CA

in violation of Title 18 United States Code, Section(s) 371, 545, 1341, and 2

WILLIAM McCURINE, JR.
U.S. MAGISTRATE JUDGE

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

2/22/08, San Diego, CA

Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |