UNSEALED 3/3/08

ORDERED SEALED BY COURT

08 FEB 22 AM 10: 05

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

KAREN P. HEWITT
United States Attorney
MELANIE K. PIERSON
Assistant U.S. Attorney
California State Bar No. 112520
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5685

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ALBERTO VAZQUEZ Defendant. | Magistrate Case No. '08 MJ 0524<br>MOTION TO SEAL COMPLAINT<br>(Under Seal) |

COMES NOW the United States of America, by and through its counsel, United States Attorney Karen P. Hewitt, and Assistant U.S. Attorney Melanie K. Pierson, and hereby moves this court for an order sealing the complaint, this motion and the order sealing those documents. Release of the information contained in the complaint and attached statement of facts would impede the ongoing investigation and undercover operation, and potentially lead to the destruction of evidence, jeopardize the safety of cooperating individuals, and cause the subject to flee the jurisdiction of the United States.

DATED: February 21st, 2008

KAREN P. HEWITT
United States Attorney

MELANIE K. PIERSON
Assistant U.S. Attorney