UNSEALED 3/3/08

ORDERED SEALED BY COURT

FILED

08 FEB 22 AM 10:04

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

KAREN P. HEWITT
United States Attorney
MELANIE K. PIERSON
Assistant U.S. Attorney
California State Bar No. 112520
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5685

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALBERTO VAZQUEZ,<br>Defendant. | Magistrate Case No. '08 MJ 0524<br><br>ORDER SEALING COMPLAINT AND MOTION<br><br>(Under Seal) |

This court, having considered the motion of the United States of America, by and through its counsel, United States Attorney, Karen P. Hewitt, and Assistant U.S. Attorney Melanie K. Pierson, for sealing of the complaint and the motion to seal the complaint and this order in the above-referenced matter and finding good cause therein, hereby orders that the complaint and attached statement of facts, the motion to seal the complaint and this order be sealed, pending further order of this court

DATED: February 22, 2008

Hon. William McCurine, Jr.
United States Magistrate Judge